ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

BRIAN P. MILLER, ESQ.
SAMANTHA J. KAVANAUGH, ESQ.
*Pro Hac Vice* Applications to be Submitted
AKERMAN LLP
One Southeast Third Avenue, 25th Floor
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile (305) 374-5095
Email: brian.miller@akerman.com
Email: samantha.kavanaugh@akerman.com

*Attorneys for Defendants Liberator Medical Holdings, Inc.,*
*Mark Libratore, Jeannette Corbett, Tyler Wick,*
*Ruben Jose King-Shaw, Jr. and Philip Sprinkle*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANAT SAPAN and FALKO HOERNICKE, Individually and On Behalf of themselves and All Others similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERATOR MEDICAL HOLDINGS, INC.; MARK LIBRATORE; JEANNETTE CORBETTE; TYLER WICK; RUBEN JOSE KING-SHAW, JR; PHILIP SPRINKLE; C.R. BARD, INC.; FREEDOM MERGERSUB, INC.,<br><br>Defendants. | Case No.:   2:15-cv-02484-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT, REGARDING SERVICE OF PROCESS, AND REGARDING INITIAL SCHEDULING CONFERENCES** |

Plaintiffs Anat Sapan and Falko Hoernicke ("Plaintiffs"), and Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbette, Tyler Wick, Ruben Jose King-Shaw, Jr., Philip Sprinkle, C.R. Bard, Inc., and Freedom MergerSub, Inc. ("Defendants") (collectively, the "Parties") respectfully submit the following Stipulation:

{37506509;1}

1. Plaintiffs filed their Individual and Class Action Complaint ("Complaint") on December 29, 2015.

2. On January 4, 2016, counsel for Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbette, Tyler Wick, Ruben Jose King-Shaw, Jr., Philip Sprinkle (the "Liberator Defendants") accepted service of process on behalf of all of the Liberator Defendants. Accordingly, the Liberator Defendants' responses to the Complaint was due on January 25, 2016.[1]

3. Defendant C.R. Bard, Inc. was served on January 5, 2016. (ECF No. 52.) Accordingly, C.R. Bard, Inc.'s response to the Complaint was due on January 26, 2016.

4. Defendant Freedom MergerSub, Inc. was served on January 5, 2016. Accordingly, Freedom MergerSub, Inc.'s response to the Complaint was due on January 26, 2016.

5. On January 15, 2016, this Court indicated it would stay the state law causes of action.

6. Thereafter, Defendants and Plaintiffs reached agreement wherein Plaintiffs agreed to withdraw their Motion for Temporary Restraining Order and Defendants agreed to provide Plaintiffs with the same limited discovery that Defendants had agreed to provide plaintiffs in the related Nevada State court actions, including participation in two Liberator depositions (of Tyler Wick and Robert Davis) and the production of certain documents on to-be-agreed-upon limited search terms.

7. The Parties hereby stipulate and agree that within 30 days of completion of the limited discovery agreed upon by the Parties and described in paragraph 6, the Parties shall confer regarding whether Plaintiffs intend to voluntarily dismiss their complaint, designate the operative complaint, or file an amended complaint, and Plaintiffs shall take such action.

8. Additionally, unless the Court orders otherwise, the Parties stipulate and agree that they will not be required to conduct their initial scheduling conferences pursuant to the Federal Rules of Civil Procedure until the Court's resolution of any motions to dismiss filed in response to Plaintiffs' designated operative or amended complaint. The Parties agree that, except for the limited

---

[1] On January 25, 2016, all Defendants timely obtained Plaintiffs' agreement to an extension of time to respond to the Complaint.

{37506509;1}                                     2

agreed-upon discovery described in paragraph 6, discovery shall be stayed until the Court's resolution of any motions to dismiss filed by Defendants.

DATED this 9th day of February, 2016.

MUEHLBAUER LAW OFFICE, LTD.

/s/ *Andrew R. Muehlbauer, Esq.*
ANDREW MUEHLBAUER, ESQ
Nevada Bar No. 10161
7915 West Sahara Ave., Suite 104
Las Vegas, NV 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com


Of Counsel:

GUSTAVO F. BRUCKNER, ESQ.
SAMUEL J. ADAMS, ESQ.
Admitted *Pro Hac Vice*
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Email: gfbruckner@pomlaw.com
Email: sjadams@pomlaw.com

*Attorneys for Plaintiffs Anat Sapan and Falko Hoernicke*

DATED this 9th day of February, 2016.

AKERMAN LLP

/s/ *Steven Shevorski, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN SHEVORSKI, ESQ.
Nevada Bar No. 8256
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

BRIAN P. MILLER, ESQ.
SAMANTHA J. KAVANAUGH, ESQ.
*Pro Hac Vice* Applications Pending
AKERMAN LLP
One Southeast Third Avenue, 25th Floor
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile (305) 374-5095
Email: brian.miller@akerman.com
Email: samantha.kavanaugh@akerman.com

*Attorneys for Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbette, Tyler Wick, Ruben Jose King-Shaw, Jr. and Philip Sprinkle*

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

DATED this 9th day of February, 2016.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Jeffrey S. Rugg, Esq.*_____
JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
BENJAMIN K. REITZ, ESQ.
Nevada Bar No. 13233
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: jrugg@bhfs.com
Email: breitz@bhfs.com

John A. Neuwirth, Esq.
*Pro Hac Vice* Application to be Submitted
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: john.neuwirth@weil.com

*Attorneys for Defendants C.R. Bard, Inc.
and Freedom MergerSub, Inc.*

### ORDER

IT IS SO ORDERED.
IT IS FURTHER ORDERED that the parties must file a joint status report on March 14, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: February 11, 2016

{37506509;1}                                          4

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 9th day of February, 2016, I served via CM/ECF electronic filing system, and/or deposited for mailing in the U.S. Mail postage prepaid, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT, REGARDING SERVICE OF PROCESS, AND REGARDING INITIAL SCHEDULING CONFERENCES** addressed as follows:

| | |
|---|---|
| Gustavo F. Bruckner, Esq.<br>Samuel J. Adams, Esq.<br>Admitted *Pro Hac Vice*<br>Pomerantz LLP<br>600 Third Avenue<br>New York, NY 10016<br>Telephone: (212) 661-1100<br>Email: gfbruckner@pomlaw.com<br>Email: sjadams@pomlaw.com<br><br>*Attorneys for Plaintiffs* | Andrew R. Muehlbauer, Esq.<br>Muehlbauer Law Office, Ltd.<br>7915 W. Sahara Avenue, Suite 104<br>Las Vegas, NV 89117<br>Telephone: (702) 330-4505<br>Facsimile: (702) 825-0141<br>Email: andrew@mlolegal.com<br><br>*Attorney for Plaintiffs* |
| Patrick J Reilly, Esq.<br>Holly Stein Sollod, Esq.<br>Holland & Hart LLP<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, NV 89134<br>Telephone: (702) 669-4600<br>Facsimile: (702) 669-4650<br>Email: preilly@hollandhart.com<br>Email: hsteinsollod@hollandhart.com<br><br>*Attorneys for Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbette, Tyler Wick, Ruben Jose King-Shaw, Jr., and Philip Sprinkle* | John A. Neuwirth, Esq.<br>*Pro Hac Vice* Application to be Submitted<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Email: john.neuwirth@weil.com<br><br>*Attorneys for Freedom MergerSub, Inc. and C.R. Bard, Inc.* |
| Jeffrey S. Rugg, Esq.<br>Benjamin K. Reitz, Esq.<br>Brownstein Hyatt Farber Schreck<br>100 N. City Pkwy., Suite 1600<br>Las Vegas, NV 89106<br>Telephone: (702) 464-7023<br>Facsimile: (702) 382-8135<br>Email: jrugg@bhfs.com<br>Email: breitz@bhfs.com<br><br>*Attorneys for Freedom MergerSub, Inc. and C.R. Bard, Inc.* | |

*/s/ Julia M. Diaz*
An Employee of AKERMAN LLP

{37506509;1}