UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANAT SAPAN and FALKO HOERNICKE, Individually and On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERATOR MEDICAL HOLDINGS, INC., MARK LIBRATORE, JEANNETTE CORBETTE, TYLER WICK, RUBEN JOSE KING-SHAW, JR., PHILIP SPRINKLE, C.R. BARD, INC., FREEDOM MERGERSUB, INC.,<br><br>Defendants. | Case No. 2:15-cv-02484-APG-CWH<br><br>**ORDER DENYING MOTIONS TO DISMISS WITHOUT PREJUDICE**<br><br>(ECF Nos. 27, 29) |

In light of the parties' joint status report,

IT IS ORDERED that the defendants' motions to dismiss (ECF Nos. 27, 29) are DENIED without prejudice to renew.

DATED this 17th day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE