JEFFREY S. RUGG, ESQ., Nevada Bar No. 10978
jrugg@bhfs.com
ADAM K. BULT, ESQ., Bar # 9332
abult@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

JOHN A. NEUWIRTH, ESQ.
john.neuwirth@weil.com
STEFANIA D. VENEZIA, ESQ.
stefania.venezia@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000 (Telephone)
(212) 310-8007 (Facsimile)

*Attorneys for Defendants C.R. Bard, Inc. and Freedom MergerSub, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANAT SAPAN and FALKO HOERNICKE, Individually and On behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERATOR MEDICAL HOLDINGS, INC., MARK LIBRATORE, JEANNETTE CORBETT, TYLER WICK, RUBEN JOSE KIND-SHAW, JR., PHILIP SPRINKLE, C.R. BARD, INC., FREEDOM MERGERSUB, INC.<br><br>Defendants. | Case No.: 2:15-cv-02484-APG-CWH<br><br>***EX PARTE* MOTION TO REMOVE BENJAMIN K. REITZ, ESQ. FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** |

COMES NOW Defendants C.R. BARD, INC. and FREEDOM MERGERSUB, INC. ("DefendantS"), by and through its counsel of record, Adam K. Bult, Esq. and Jeffrey S. Rugg,

Esq., of Brownstein Hyatt Farber Schreck, LLP, and hereby brings this *Ex Parte* Motion to Remove Benjamin K. Reitz, Esq. from CM/ECF Service List.

Pursuant to Local Rule IA 10-6, Defendant hereby moves to remove Benjamin K. Reitz, Esq., as its counsel in the above-referenced matter for the reasons set forth:

Effective September 16, 2016, Mr. Reitz left his position at Brownstein Hyatt Farber Schreck, LLP and no longer represents the Defendants in this action. Adam K. Bult, Esq. and Jeffrey S. Rugg, Esq., of Brownstein Hyatt Farber Schreck, LLP, will continue to serve as counsel of record.

For the foregoing reasons, counsel asks that this motion be granted and that Benjamin K. Reitz, Esq. be removed from the CM/ECF Service List.

DATED this 21st day of October, 2016

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: ____/s/ Adam K. Bult_____
JEFFREY S. RUGG, ESQ., Nevada Bar No. 10978
jrugg@bhfs.com
ADAM K. BULT, ESQ., Bar # 9332
abult@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants C.R. Bard, Inc. and Freedom MergerSub, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this __ October 24,        2016.

_____
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that a true and correct copy of the EX PARTE MOTION TO REMOVE BENJAMIN K. REITZ, ESQ. FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION was served via electronic service, via CM/ECF, on this 21st day of October, 2016, and to the address(es) shown below:

| | |
|---|---|
| Andrew R. Muehlbauer<br>MUEHLBAUER LAW OFFICE, LTD.<br>7915 West Sahara Ave., Ste. 104<br>Las Vegas, NV 89117<br>*Attorney for Plaintiffs* | J. Stephen Peek, Esq.<br>Patrick J. Reilly, Esq.<br>Holly Stein Sollod, Esq.<br>HOLLAND & HART, LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>Ariel E. Stern<br>Akerman LLP<br>1160 Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br><br>Brian P. Miller<br>Samantha J. Kavanaugh<br>Akerman Senterfitt<br>One S.E. Third Ave, 28th Floor<br>Miami, FL 33131<br><br>Amiad Kushner<br>Lowenstein Sandler<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>*Attorneys for Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbett, Tyler Wick, Ruben Jose King-Shaw, Jr., and Philip Sprinkle* |

DATED this 21st day of October, 2016.

*/s/ Karen Wiehl*
Employee of Brownstein Hyatt Farber Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101

i

007980\0002\15152582.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101

ii