ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, NV 89117
Tel.: (702) 330-4505
Fax: (702) 825-0141
andrew@mlolegal.com

*Attorneys for Plaintiffs Anat Sapan and Falko Hoernicke*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANAT SAPAN and FALKO HOERNICKE, Individually and On Behalf of themselves and All Others similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERATOR MEDICAL HOLDINGS, INC.; MARK LIBRATORE; JEANNETTE CORBETTE; TYLER WICK; RUBEN JOSE KING-SHAW, JR; PHILIP SPRINKLE; C.R. BARD, INC.; FREEDOM MERGERSUB, INC.,<br><br>Defendants. | Case No.:   2:15-cv-02484-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiffs Anat Sapan and Falko Hoernicke ("Plaintiffs"), and Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbette, Tyler Wick, Ruben Jose King-Shaw, Jr., Philip Sprinkle, C.R. Bard, Inc., and Freedom MergerSub, Inc. ("Defendants") (collectively, the "Parties") respectfully submit the following Stipulation pursuant to L.R. 7-1 and the Court's minute order dated October 18, 2016 [ECF No. 83]:

1.  On October 17, 2016, the Parties submitted a Joint Status Report to the Court indicating in paragraph 8 thereof that the Parties were required to meet and confer regarding whether Plaintiffs intended to voluntarily dismiss their complaint, designate the current complaint as the operative complaint, or file an amended complaint, and that Plaintiffs would take such action.

2.  On October 18, 2016, the Court entered a Minute Order stating that the Parties must take the action described in paragraph 8 of the Joint Status Report within 30 days from the date of the Minute Order.

{40029661;2}

1    3.      On November 15, 2016, the Parties met and conferred as required, and Plaintiffs
2 indicated that they would file an amended complaint.
3    7.      The Parties hereby stipulate and agree that Plaintiffs shall file their amended complaint
4 on or before Monday, November 28, 2016.
5    8.      Additionally, Defendants' time to answer, move or otherwise respond to the amended
6 complaint shall be extended through and including January 13, ~~2016~~ 2017, Plaintiffs' time to respond to any
7 such motion to dismiss shall be extended through and including February 13, 2017, and Defendants'
8 time to reply in support of any such motion to dismiss shall be extended through and including March
9 15, 2017.
10 //
11 //
12 //

1  DATED this 17th day of November, 2   DATED this 17th day of November, 2016.

2

3  MUEHLBAUER LAW OFFICE, LTD.           AKERMAN LLP

4
   /s/ *Andrew R. Muehlbauer, Esq.*      /s/ *Tenesa Scaturro,*
5  ANDREW MUEHLBAUER,                    *Esq.*
   ESQ
6  Nevada Bar No. 10161
                                         ARIEL E. STERN, ESQ.
7  7915 West Sahara Ave., Suite 104      Nevada Bar No. 8276
   Las Vegas, NV 89117                   TENESA SCATURRO, ESQ.
8  Telephone: (702) 330-4505             Nevada Bar No. 12488
   Facsimile: (702) 825-0141             1160 Town Center Drive, Suite 330
9  Email: andrew@mlolegal.com            Las Vegas, Nevada 89144
                                         Telephone:    (702) 634-5000
10                                       Facsimile:    (702) 380-8572
                                         Email: ariel.stern@akerman.com
11 Of Counsel:                           Email: tenesa.scaturro@akerman.com

12

13 GUSTAVO F. BRUCKNER, ESQ.             BRIAN P. MILLER, ESQ.
   GABRIEL HENRIQUEZ, ESQ.               SAMANTHA J. KAVANAUGH, ESQ.
14 Admitted *Pro Hac Vice*               Admitted *Pro Hac Vice*
   POMERANTZ LLP                         AKERMAN LLP
15 600 Third Avenue                      98 Southeast 7th Street
16 New York, NY 10016                    Miami, FL 33131
   Telephone: (212) 661-1100             Telephone:  (305) 374-5600
17 Email: gfbruckner@pomlaw.com          Facsimile (305) 374-5095
   Email: ghenriquez@pomlaw.com          Email: brian.miller@akerman.com
18                                       Email: samantha.kavanaugh@akerman.com

19 *Attorneys for Plaintiffs Anat Sapan an*
   *Falko Hoernicke*
20                                       *Attorneys for Defendants Liberator Medical Holdings,*
                                         *Inc., Mark Libratore, Jeannette Corbette, Tyler Wick,*
21                                       *Ruben Jose King-Shaw, Jr., and Philip Sprinkle*

22

23

24

25

26

27

28

{40029661;2}                             3

DATED this 17th day of November, 2

BROWNSTEIN HYATT FARBER SCH
LLP

/s/ Adam Bult, Esq._____
ADAM BULT, ESQ.
Nevada Bar No. 9332
MAXIMILIAN FETAZ, ESQ.
Nevada Bar No. 12737
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: abult@bhfs.com

JOHN A. NEUWIRTH, ESQ.
*Pro Hac Vice* Application to be Submitted
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: john.neuwirth@weil.com

*Attorneys for Defendants C.R. Bard, I*
*and Freedom MergerSub, Inc.*

**ORDER**

IT IS SO ORDERED, subject to the court's modification to page 2.

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** November 18, 2016
_____

Stipulation for Extension of Time for Plaintiffs To File Amended Complaint
2:15-cv-02484-APG-CWH

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 17th day of November, 2016, I served via CM/ECF electronic filing system, and/or deposited for mailing in the U.S. Mail postage prepaid, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT** addressed as follows:

| | |
|---|---|
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA SCATURRO, ESQ.<br>Nevada Bar No. 8256<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:     (702) 634-5000<br>Facsimile:      (702) 380-8572<br>Email: ariel.stern@akerman.com<br>Email: tenesa.scaturro@akerman.com | BRIAN P. MILLER, ESQ.<br>SAMANTHA J. KAVANAUGH, ESQ.<br>Admitted *Pro Hac Vice*<br>AKERMAN LLP<br>98 Southeast 7th Street<br>Miami, FL 33131<br>Telephone:  (305) 374-5600<br>Facsimile (305) 374-5095<br>Email: brian.miller@akerman.com<br>Email: samantha.kavanaugh@akerman.com |
| JOHN A. NEUWIRTH, ESQ.<br>*Pro Hac Vice* Application to be Submitted<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Email: john.neuwirth@weil.com<br><br>*Attorneys for Freedom MergerSub, Inc. and C.R. Bard, Inc*. | ADAM BULF, ESQ.<br>MAXIMILIAN FETAZ, ESQ.<br>Brownstein Hyatt Farber Schreck<br>100 N. City Pkwy., Ste. 1600<br>Las Vegas, NV 89106<br>Telephone: (702) 464-7077<br>Facsimile: (702) 382-8135<br>Email: abult@bhfs.com<br><br>*Attorneys for Freedom MergerSub, Inc. and C.R. Bard, Inc*. |

  */s/ Andrew R. Muehlbauer*
  ANDREW R. MUEHLBAUER, ESQ.