ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

BRIAN P. MILLER, ESQ.
SAMANTHA J. KAVANAUGH, ESQ.
*Admitted Pro Hac Vice*
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile (305) 374-5095
Email:  brian.miller@akerman.com
Email:  samantha.kavanaugh@akerman.com

*Attorneys for Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbett, Tyler Wick, Ruben Jose King-Shaw, Jr. and Philip Sprinkle*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANAT SAPAN and FALKO HOERNICKE, Individually and On Behalf of themselves and All Others similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERATOR MEDICAL HOLDINGS, INC.; MARK LIBRATORE; JEANNETTE CORBETTE; TYLER WICK; RUBEN JOSE KING-SHAW, JR; PHILIP SPRINKLE; C.R. BARD, INC.; FREEDOM MERGERSUB, INC.,<br><br>Defendants. | Case No.:   2:15-cv-02484-APG-CWH<br><br>**STIPULATION OF DISMISSAL**<br><br>**ORDER** |

Plaintiffs Anat Sapan and Falko Hoernicke ("Plaintiffs"), and Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbette, Tyler Wick, Ruben Jose King-Shaw, Jr., Philip Sprinkle, C.R. Bard, Inc., and Freedom MergerSub, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to dismiss this action with prejudice

{40095857;1}

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

DATED this 28th day of November, 2016.    DATED this 28th day of November, 2016.

MUEHLBAUER LAW OFFICE, LTD.    AKERMAN LLP

/s/ *Andrew R. Muehlbauer, Esq.*
ANDREW MUEHLBAUER, ESQ
Nevada Bar No. 10161
7915 West Sahara Ave., Suite 104
Las Vegas, NV 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

Of Counsel:

GUSTAVO F. BRUCKNER, ESQ.
GABRIEL HENRIQUEZ, ESQ.
Admitted *Pro Hac Vice*
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Email: gfbruckner@pomlaw.com
Email: ghenriquez@pomlaw.com

*Attorneys for Plaintiffs Anat Sapan and Falko Hoernicke*

/s/ *Tenesa Scaturro, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

BRIAN P. MILLER, ESQ.
SAMANTHA J. KAVANAUGH, ESQ.
Admitted *Pro Hac Vice*
AKERMAN LLP
98 Southeast 7th Street
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile (305) 374-5095
Email: brian.miller@akerman.com
Email: samantha.kavanaugh@akerman.com

*Attorneys for Defendants Liberator Medical Holdings, Inc., Mark Libratore, Jeannette Corbette, Tyler Wick, Ruben Jose King-Shaw, Jr., and Philip Sprinkle*

**IT IS SO ORDERED.**

Dated: November 30, 2016.

_____
UNITED STATES DISTRICT JUDGE